UNITED STATES DISTRICT COURT
FOR THE EASTERN DIVISION OF MICHIGAN
SOUTHERN DIVISION

KIM BONNER,
    Plaintiff,

v.

WALMART, INC., a Foreign Profit Corporation, WAL-MART STORES EAST, LP, a foreign Limited Partnership,
    Defendants.

Case No. 2:25-cv-12055- EAS
Lower Case No.: 2025-002046-NO

| | |
|---|---|
| BRIAN L. FANTICH (P60935) <br> CARRA J. STOLLER (P64540) <br> ADAM J. GANTZ (P58558) <br> LAW OFFICES OF KELMAN & FANTICH <br> Attorneys for Plaintiff <br> 30903 Northwestern Hwy, Ste. 270 <br> Farmington Hills, MI 48334 <br> 248-855-0100/248-855-3557 (f) <br> Kelmanandassociates@yahoo.com | CHRISTOPHER J. SCOTT (P65367) <br> KAITLIN M. GANT (P85062) <br> SLATER SEIBERT, PLLC <br> Attorneys for Defendant <br> 1500 West Big Beaver, #250 <br> Troy, MI 48084 <br> 248-509-5642/248-509-5510 (f) <br> cscott@slaterseibert.com <br> kgant@slaterseibert.com |

### STIPULATED ORDER CAPPING DAMAGES AT SEVENTY-FIVE THOUSAND DOLLARS AND REMANDING CASE TO MACOMB COUNTY CIRCUIT COURT

This matter having been presented to the Court pursuant to the stipulation of the parties, as evidenced by the signatures below, and the Court being otherwise fully advised in the premises.

1

IT IS ORDERED that Plaintiff's claimed damages claim in the above-entitled matter are capped at Seventy-Five Thousand ($75,000) Dollars.

IT IS FURTHER ORDERED that if Plaintiff is awarded any amount of damages in the above-entitled matter, they are not to exceed Seventy-Five Thousand and 0/100 ($75,000.00) Dollars.

IT IS FURTHER ORDERED that if Plaintiff is awarded an amount in excess of Seventy-Five Thousand ($75,000.00) and 0/100 Dollars, said amount will be adjusted, pursuant to this Order.

IT IS FURTHER ORDERED that this case will be remanded to Macomb County Circuit Court.

s/Elizabeth A. Stafford  
Elizabeth A. Stafford  
United States Magistrate Judge

APPROVED AS TO FORM AND CONTENT:

| /s/ Brian L. Fantich (w/ consent) | /s/ Kaitlin M. Gant |
|---|---|
| Brian L. Fantich (P60935) | KAITLIN M. GANT (P85062) |
| Attorney for Plaintiff | Attorney for Defendants |